```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nhuan Cam Lu,

                Petitioner,

-against-

Kenneth Genalo,
Field Office Director, New York Field Office
Enforcement and Removal, Immigration &
Customs Enforcement,

Todd M. Lyons,
Acting Director, Immigration & Customs
Enforcement,

Kristi Noem, Director,
Department of Homeland Security,

                Respondents.

25 Civ. 7161 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The undersigned ORDERS as follows: Petitioner's transfer or removal to any location outside the geographic operation of Immigration and Custom Enforcement's New York field office is ADMINISTRATIVELY STAYED pending further order of the Court.

      The Clerk of Court is respectfully directed to strike ECF No. 9 from the docket.

      SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge