

U.S. Department

*United States A*
*Southern Distri*

*86 Chambers Street*
*New York, New York 10*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/2025__

September 2, 2025

By ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Lu v. Genalo, et al.*, No. 25 Civ. 7161 (AT)

Dear Judge Torres:

    This Office represents the government in the above-referenced habeas corpus action. Counsel for the parties have conferred and respectfully request that the Court endorse the following briefing schedule on the petition: the government's opposition shall be due by September 12, 2025, and the petitioner's reply shall be due by September 19, 2025.

    We thank the Court for its consideration of this request.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney for the
                      Southern District of New York

        By:    __/s/ Danielle J. Marryshow__
                      DANIELLE J. MARRYSHOW
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, New York 10007
                      Telephone: (212) 637-2689
                      E-mail: danielle.marryshow@usdoj.gov

    GRANTED.

    SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge