```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/23/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nhuan Cam Lu,

                Petitioner,

-against-

Kenneth Genalo,
Field Office Director, New York Field Office
Enforcement and Removal, Immigration &
Customs Enforcement,

Todd M. Lyons,
Acting Director, Immigration & Customs
Enforcement,

Kristi Noem, Director,
Department of Homeland Security,

                Respondents.

25 Civ. 7161 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 12, 2025, Respondents opposed Petitioner's application for a writ of habeas corpus. *See* ECF Nos. 14–15. Respondents represented that "ICE anticipates forwarding [Petitioner's] completed [Vietnamese] travel document request packet to ICE's headquarters for submission no later than September 25, 2025" and that it "typically takes approximately 30 days to obtain travel documents from the Vietnamese embassy once the request is submitted." Mem. at 5, ECF No. 14.

      Accordingly, by **October 30, 2025,** Respondents shall provide a status update to the Court in this matter by way of a letter filed on the docket. The status update shall address:

1. Whether Respondents are in receipt of Petitioner's travel documents, and, if not, when Respondents expect to receive Petitioner's travel documents, including the basis for that expected date of receipt;
2. Whether Respondents have submitted Petitioner's travel document request to the Vietnamese embassy, and if not, when Respondents expect to do so; and
3. Whether Respondents have confirmation that the Vietnamese embassy has records of Petitioner.

      SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge