```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nhuan Cam Lu,

        Petitioner,

-against-

Kenneth Genalo,
Field Office Director, New York Field Office
Enforcement and Removal, Immigration &
Customs Enforcement,

Todd M. Lyons,
Acting Director, Immigration & Customs
Enforcement,

Kristi Noem, Director,
Department of Homeland Security,

        Respondents.

25 Civ. 7161 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  Respondents shall produce Petitioner Nhuan Cam Lu (A023-663-864) at the hearing scheduled for **December 8, 2025**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, 10007, *see* ECF No. 23.

  SO ORDERED.

Dated: December 3, 2025
   New York, New York

                 ANALISA TORRES
                United States District Judge