```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NHUAN CAM LU,

                         Petitioner,

-against-

KENNETH GENALO,
Field Office Director, New York Field Office
Enforcement and Removal, Immigration &
Customs Enforcement,

TODD M. LYONS,
Acting Director, Immigration & Customs
Enforcement,

KRISTI NOEM, DIRECTOR,
Department of Homeland Security,

                         Respondents.

25 Civ. 7161 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The government reports that Immigration and Customs Enforcement ("ICE") "has now received a travel document for Petitioner," and, therefore, "requests that the Court vacate the stay of removal so that ICE may execute Petitioner's removal and effectuate his removal to Vietnam." *See* Resp. Ltr., ECF No. 27; *see also* ECF No. 12. Accordingly:

1. By **January 9, 2026,** the Government shall address:

    a. Whether the government must properly serve Lu with a new Notice of Revocation of Release before re-detaining him, or whether the government may re-detain Lu based on the Notice of Revocation of Release dated August 28, 2025, issued by an "Assistant Field Office Director," *see* Notice of Revocation of Release, ECF No. 15-5. *See Ceesay v. Kurzdorfer*, 781 F. Supp. 3d 137, 159–62 (W.D.N.Y. 2025); *Funes v. Francis*, No. 25 Civ. 7429, 2025 WL 3263896, at *18–20 (S.D.N.Y. Nov. 24, 2025); *E.M.M. v. Almodovar*, No. 25 Civ. 8212, 2025 WL 3077995, at *5–6 (S.D.N.Y. Nov. 4, 2025); *Zhang v. Genalo*, No. 25 Civ. 6781, 2025 WL 3733542, at *8–9 (E.D.N.Y. Dec. 28, 2025); and

    b. Whether the government ever provided Petitioner documentation, such as a Release Notification, that entitles him to an orderly departure, *see Ceesay*, 781 F. Supp. 3d at 166–70.

2. By **January 16, 2026,** Petitioner shall indicate via letter filed on the docket whether he objects to the Court lifting the stay of removal and, if so, brief the basis of any objection.

SO ORDERED.

Dated: December 29, 2025
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge