USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NHUAN CAM LU,

                                  Petitioner,

              -against-

KENNETH GENALO, *et al.*,

                                  Respondents.

---

No. 25 Civ. 7161 (AT)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, Petitioner Nhuan Cam Lu ("Petitioner"), a native and citizen of Vietnam brought this Petition for Writ of Habeas Corpus challenging his detention under 8 U.S.C. § 1231(a);

WHEREAS, on May 19, 1993, an immigration judge denied Petitioner's applications for relief from removal and issued a deportation order requiring his removal to Vietnam;

WHEREAS, on August 18, 1993, the Board of Immigration Appeals summarily dismissed Petitioner's appeal, rendering his deportation order final;

WHEREAS, on April 10, 2000, because Vietnam was uncooperative in the issuance of travel documents, ICE released Petitioner from ICE custody on an Order of Supervision;

WHEREAS, on June 9, 2025, ICE rescinded its previous policy guidance that there was generally no significant likelihood of removal of Vietnamese citizens, like Petitioner, who arrived in the United States prior to July 12, 1995, to Vietnam in the reasonably foreseeable future;

WHEREAS, on August 28, 2025, ICE took Petitioner into custody;

WHEREAS, on September 2, 2025, this Court administratively stayed Petitioner's transfer or removal to any location outside of the geographic operation of ICE's New York Field Office (Dkt. No. 12);

WHEREAS, on December 8, 2025, this Court granted Petitioner's habeas petition in part and ordered that the Government provide Petitioner with a bond hearing;

WHEREAS, on December 11, 2025, the Vietnamese government issued a travel document for Petitioner, which ICE now has in its possession; and

WHEREAS, Petitioner has been released from detention pursuant to ICE's Alternatives to Detention ("ATD") program, which includes GPS monitoring;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that:

1.      This action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

2.      Petitioner shall have 90 days from the date of entry of this Order to remove himself from the United States to Vietnam;

3.      Petitioner shall remain in compliance with all ATD release conditions until his departure;

4.      Petitioner must purchase the most direct flight available from John F. Kennedy International Airport to Vietnam;

5.      Petitioner must provide ICE a copy of his ticket within 24 hours of purchase;

6.      On the day of Petitioner's departure, ICE will meet Petitioner at the airport and provide him with his Vietnamese passport, remove his ATD equipment, and verify his departure from the gate;

7.      If Petitioner fails to remove himself from the United States to Vietnam within 90 days of the date of this order, ICE retains the right to take Petitioner into custody for the purposes of effectuating his removal from the United States, subject to any then-applicable legal authority for such action.

8.      This Court shall retain jurisdiction to enforce compliance with this stipulation and order.

9.      The government has agreed to take this action based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a concession of rights or arguments by the government or by the petitioner, or as a waiver of Petitioner's right to pursue any available legal remedies, including but not limited to challenging any future detention or removal.  This stipulation shall not be construed to require the government to provide a self-deportation procedure to any other noncitizen in similar or dissimilar circumstances, and this agreement shall in no way be used to undermine the government's litigation position in any other case.

Dated:  April 28, 2026
        New York, New York

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:      _____
DANIELLE J. MARRYSHOW
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2689
E-mail: danielle.marryshow@usdoj.gov

Dated: May 11, 2026
New York, New York

BARDAVID LAW
*Attorney for Petitioner*

By:

JOSHUA BARDAVID
277 Broadway, Suite 1501
New York, New York 10007
Tel.: (212) 219-3244
E-mail: josh@bardavidlaw.com

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: May 15, 2026
New York, New York

ANALISA TORRES
United States District Judge

4