UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NHUAN CAM LU,

                    Petitioner,

        -against-

KENNETH GENALO, ET AL.,

                  Respondents.

25 CIVIL 7161 (AT)

## **JUDGMENT**

    It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated May 15, 2026, 1. This action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party. 2. Petitioner shall have 90 days from the date of entry of this Order to remove himself from the United States to Vietnam; 3. Petitioner shall remain in compliance with all ATD release conditions until his departure; 4. Petitioner must purchase the most direct flight available from John F. Kennedy International Airport to Vietnam; 5. Petitioner must provide ICE a copy of his ticket within 24 hours of purchase; 6. On the day of Petitioner's departure, ICE will meet Petitioner at the airport and provide him with his Vietnamese passport, remove his ATD equipment, and verify his departure from the gate; 7. If Petitioner fails to remove himself from the United States to Vietnam within 90 days of the date of this order, ICE retains the right to take Petitioner into custody for the purposes of effectuating his removal from the United States, subject to any then-applicable legal authority for such action. 8. This Court shall retain jurisdiction to enforce compliance with this stipulation and order. 9. The government has agreed to take this action based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a

concession of rights or arguments by the government or by the petitioner, or as a waiver of Petitioner's right to pursue any available legal remedies, including but not limited to challenging any future detention or removal. This stipulation shall not be construed to require the government to provide a self-deportation procedure to any other noncitizen in similar or dissimilar circumstances, and this agreement shall in no way be used to undermine the government's litigation position in any other case. Accordingly, the case is closed.

**Dated:**    New York, New York
           May 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**

2